**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, | : No. 207 MAL 2014 |
| | : |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| FIREMEN'S INSURANCE COMPANY OF WASHINGTON, DC AND BERKLEY MID-ATLANTIC GROUP, | : |
| | : |
| | : |
| Respondents | : |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 1st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.